ORIGINAL

FILED
SEP - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  MICHELLE BETANCOURT
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4

5  Attorneys for Mr. Michael Smerdon

6

7

8             UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10            (HONORABLE LARRY A. BURNS)

11 UNITED STATES OF AMERICA,        )   Case No. 06cr0637-LAB
                                    )
12       Plaintiff,                 )
                                    )
13 v.                               )   STIPULATION TO CONTINUE
                                    )   SENTENCING HEARING
14 MICHAEL SMERDON,                 )
                                    )
15       Defendant.                 )
                                    )
16

17       Good cause appearing, **IT IS HEREBY STIPULATED AND AGREED BETWEEN THE**
18 **PARTIES**, that the sentencing hearing set for September 5, 2006, at 9:30 a.m., in the above-captioned case,
19 be rescheduled to November 13, 2006, at 9:30 a.m.

20       **SO STIPULATED.**

21

22 Dated: 8/30/06 .                  _____
                                     MICHELLE BETANCOURT
23                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Mr. Smerdon
24

25

26 Dated: 8/31/06                    _____
                                     ANNE K. PERRY
27                                   Assistant United States Attorney

28

```
FILED
SEP - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY A. BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         Plaintiff,  )<br>v.  )<br>MICHAEL SMERDON,  )<br>         Defendant.  ) | Case No. 06cr0637-LAB<br><br>ORDER |

**IT IS HEREBY ORDERED** that the sentencing hearing set for September 5, 2006, at 9:30 a.m., in the above-captioned case, be rescheduled to November 13, 2006, at 9:30 a.m.

**SO ORDERED.**

Dated: 8-31-06

_____
**HONORABLE LARRY A. BURNS**
United States District Court Judge